Hilda Harrop, defendant in error, v. Edwin H. Selle and Florence E. Selle, plaintiffs in error. .Gen. No. 7,811.

Action for personal injuries to invited passenger from automobile collision. Judgment for plaintiff. Error to the Circuit Court of Stephenson county; the Hon. William L. Emmerson, Judge, presiding. Heard in this court at the October term, 1927. Reversed and remanded. Opinion filed December 15, 1927. Rehearing denied February 7, 1928.

Elwyn R. Shaw, for plaintiffs in error. North, Linscott, Gibboney & North, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Joy Burns and William Noren, plaintiffs in error. Gen. No. 7,814.

Prosecution for unlawful possession and sale of intoxicants. Conviction of unlawfully possessing intoxicants. Error to the County Court of Rock Island county; the Hon. Benjamin D. Farrar, Judge, presiding. Heard in this court at the October term, 1927. Affirmed. Opinion filed December 15, 1927. Rehearing denied February 7, 1928.

W. C. Allen and Schriver & Schriver, for plaintiffs in error. Benjamin S. Bell, State's Attorney, for defendant in error; Dan H. McNeal, of counsel.

Mr. Justice Boggs delivered the opinion of the court.

---

Jennie Clark, appellee, v. City of Streator, appellant. Gen. No. 7,830.

Action for personal injuries from falling on sidewalk. Judgment for plaintiff. Appeal from the Circuit Court of La Salle county; the Hon. Edgar Eldredge, Judge, presiding. Heard in this court at the October term, 1927. Affirmed. Opinion filed December 15, 1927. Rehearing denied February 6, 1928.

Lloyd Painter, City Attorney, for appellant. Arthur H. Shay, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

Wade A. Abbott, appellee, v. E. N. Betourne Bus Line, appellant. Gen. No. 7,683.

Action for injuries from automobile collision. Judgment for plaintiff. Appeal from the Circuit Court of Kankakee county; the Hon. Arthur W. De Selm, Judge, presiding. Heard in this court at the October term, 1926. Reversed and remanded. Opinion filed December 22, 1927.

Moloney & Postelnek and John A. Mayhew, for appellant. Miller & Streeter, for appellee.

Mr. Justice Jones delivered the opinion of the court.